FILED
4/28/2015 10:58:28 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

## CAUSE NO. 2013-CI-12008

| | | |
|---|---|---|
| ADOLFO J. CARRERA AND | § | IN THE DISTRICT COURT |
| ESPERANZA GAYTAN, | § | |
| INDIVIDUALLY and ON BEHALF | § | |
| OF THE ESTATE OF | § | |
| ADOLFO CARRERA DECEASED | § | 131st JUDICIAL DISTRICT |
| | § | |
| V. | § | |
| | § | |
| ALICE YANEZ | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, PLAINTIFFS, **ADOLFO J. CARRERA AND, ESPERANZA GAYTAN, INDIVIDUALLY and ON BEHALF OF THE ESTATE OF ADOLFO CARRERA, DECEASED,** and files their *Notice of Appeal* of the final judgment filed in the above-captioned matter in the 131st Judicial District Court against Plaintiffs and in favor of the Defendant.

1. Specifically, Plaintiffs desire to appeal the *Order on Defendant's First Amended No Evidence & Traditional Summary Judgment* filed with the Court on March 31, 2015, in the above-styled and numbered case and attached hereto as *Exhibit 1*.

2. Plaintiffs file their appeal with the Texas Fourth Court of Appeals, San Antonio District.

Respectfully submitted,

DAVIS LAW FIRM

By: _____

MARK ANTHONY ACUÑA
State Bar No. 24064044
ATTORNEY FOR PLAINTIFFS
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone: (210) 444-4444

580

Facsimile: (210) 785-0806
marka@jeffdavislawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the attached Plaintiffs' *Notice of Appeal* has been served by facsimile transmission, on this the 28 day of April, 2015, on the following counsel of record:

**VIA FACSIMILE: 210-305-4219**
Mr. William N. Allan, IV
Mr. Jacob Wittig
ALLAN, NAVA & GLANDER, PLLC
825 W. Bitters Road, Ste. 102
San Antonio, Texas 78216

_____
MARK ANTHONY ACUÑA

581